

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00540-CV

| | | |
|---|---|---|
| JAMES P. AMICK, Appellant | § | On Appeal from the 236th District Court |
| V. | § | of Tarrant County (236-338975-22) |
| | § | January 23, 2025 |
| PATRICIA ANNE CAMPBELL, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack